IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO. 5:23-cv-05149-TLB** |
| v. | ) ) ) | **JURY DEMAND** |
| **WALMART, INC., WALMART STORES ARKANSAS, LLC,** | ) ) ) ) | |
| **Defendants** | ) | |

## NOTICE OF APPEARANCE

Plaintiff, Equal Employment Opportunity Commission, hereby gives notice of the appearance of Sarah Howard Jenkins, Trial Attorney, as attorney of record in the above-styled action. Faye A. Williams, Gary Sullivan, and Pamela Dixon will remain as counsel for the Plaintiff in this case.

Date: January 2, 2024

                                                    Respectfully submitted,

                                                  /s/ *Sarah Howard Jenkins*
                                                  SARAH HOWARD JENKINS
                                                  Trial Attorney
                                                  AR Bar No. 97046
                                                  sarah.jenkins@eeoc.gov

                                                  EQUAL EMPLOYMENT OPPORTUNITY
                                                  COMMISSION
                                                  Memphis District Office
                                                  200 Jefferson Ave., Suite 1400
                                                  Memphis, TN 38103
                                                  (901) 685-4631

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 2, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| E.B. Chiles, IV | cchiles@qgtlaw.com |
| Steven W. Quattlebaum | quattlebaum@qgtlaw.com |

QUATTLEBAUM, GROOMS, TULL & BURROW PLLC
111 Center St. Suite 1900
Little Rock, AR 72201
(501) 379-1700

| | |
|---|---|
| Andrew S. Dixon | adixon@qgtlaw.com |
| Vincent O. Chadick | vchadick@qgtlaw.com |

QUATTLEBAUM, GROOMS & TULL PLLC
4100 Corporate Center Dr. Ste 310
Springdale, AR 72762
(479) 444-5204

| | |
|---|---|
| Theane Evangelis | tevangelis@gibsondunn.com |
| Katherine V.A. Smith | ksmith@gibsondunn.com |

GIBSON, DUNN & CRUTCH LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

| | |
|---|---|
| Joseph R. Rose | jrose@gibsondunn.com |

GIBSON, DUNN & CRUTCH LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200

*Attorneys for Defendants*

                 /s/ *Sarah Howard Jenkins*
                 SARAH HOWARD JENKINS