# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 5:23-cv-05149-TLB |
| v. | ) ) | JURY DEMAND |
| WALMART, INC. and WALMART STORES ARKANSAS, LLC | ) ) ) ) | |
| Defendants. | ) | |

### STIPULATION TO FILING OF SECOND AMENDED COMPLAINT

Defendants Walmart, Inc. and Walmart Stores, Arkansas, LLC, and Plaintiff Equal Employment Opportunity Commission stipulate as follows:

1. Plaintiff intends to file a Second Amended Complaint.

2. Defendants have received and reviewed the proposed Second Amended Complaint.

3. Defendants consent to the filing of the Second Amended Complaint.

4. Defendants reserve all rights to answer or otherwise respond to the Second Amended Complaint.

5. Defendants shall have 14 days after filing of the Second Amended Complaint to answer or file a responsive motion.

Faye A. Williams
Regional Attorney
TN Bar No. 011730
faye.williams@eeoc.gov

Markeisha K. Savage
Trial Attorney
AR Bar No. 2011288
markeisha.savage@eeoc.gov

Sarah Howard Jenkins
Trial Attorney
AR Bar No. 97046
sarah.jenkins@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
200 Jefferson Ave., Suite 1400
Memphis, TN 38103
Telephone: (901) 685-4593

/s/ Gary Sullivan
Gary Sullivan
Assistant Regional Attorney
AR Bar No. 92051
gary.sullivan@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
800 Louisiana St., Suite 200
Little Rock, AR 72201
Telephone: (501) 900-6140

*Attorneys for Plaintiff*

*/s/ E. B. Chiles IV*
Steven W. Quattlebaum (84127)
E. B. Chiles IV (96179)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
Email: quattlebaum@qgtlaw.com
Email: cchiles@qgtlaw.com

Vincent O. Chadick (94075)
Andrew S. Dixon (2019193)
QUATTLEBAUM, GROOMS & TULL PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
Facsimile: (479) 444-6647
Email: vchadick@qgtlaw.com
Email: adixon@qgtlaw.com

2

Theane Evangelis
Katherine V.A. Smith
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joseph R. Rose
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants Walmart Inc. and
Walmart Stores Arkansas, LLC*