## VERDICT FORM NO. 1.1

## FAILURE TO MAKE REASONABLE ACCOMMODATION

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Glenda Scott** under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

Walmart

EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Glenda Scott, to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ ____________ (stating the amount or, if you find that **Glenda Scott**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

[redacted]
Foreperson

Dated: 9/23/26

## VERDICT FORM NO. 1.2

## DISPARATE TREATMENT (DISCHARGE)

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Glenda Scott** under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

Walmart

EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find **Glenda Scott**'s other damages, excluding lost wages and benefits, to be:

$ ____________ (stating the amount or, if you find that **Glenda Scott**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

Foreperson [redacted]

Dated: 9/23/26

## VERDICT FORM NO. 2.1

## FAILURE TO MAKE REASONABLE ACCOMMODATION

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Earnest Smith, Sr.**, under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

Walmart

EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Earnest Smith, Sr., to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ ___________ (stating the amount or, if you find that **Earnest Smith, Sr.**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

[redacted]
Foreperson

Dated: 9/23/26

# VERDICT FORM NO. 2.2

## DISPARATE TREATMENT (DISCHARGE)

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Earnest Smith, Sr.**, under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

Walmart

EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find **Earnest Smith, Sr.**'s other damages, excluding lost wages and benefits, to be:

$ __________ (stating the amount or, if you find that **Earnest Smith, Sr.**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

[redacted]

Foreperson

Dated: 9/23/26

**VERDICT FORM NO. 3.1**

**FAILURE TO MAKE REASONABLE ACCOMMODATION**

**VERDICT**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Jaclyn Walker** under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

EEOC

EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Jaclyn Walker, to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ 26,000 (stating the amount or, if you find that **Jaclyn Walker**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

Forepers[redacted]

Dated: 9/23/24

## VERDICT FORM NO. 3.2

## DISPARATE TREATMENT (DISCHARGE)

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Jaclyn Walker** under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

EEOC
_______________________________________________
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find **Jaclyn Walker**'s other damages, excluding lost wages and benefits, to be:

$ 4,000 (stating the amount or, if you find that **Jaclyn Walker**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

[redacted]
_______________________________
Forep[redacted]

Dated: 9/23/26

# VERDICT FORM NO. 4.1

## FAILURE TO MAKE REASONABLE ACCOMMODATION

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Tiayla Butler** under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

Walmart
___________________________________________
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Tiayla Butler, to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ __________ (stating the amount or, if you find that **Tiayla Butler**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

[redacted]
Foreperson

Dated: 9/23/26

# VERDICT FORM NO. 4.2

## DISPARATE TREATMENT (DISCHARGE)

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Tiayla Butler** under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

Walmart

EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find **Tiayla Butler**'s other damages, excluding lost wages and benefits, to be:

$ ____________ (stating the amount or, if you find that **Tiayla Butler**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

[redacted]

Forepersor [redacted]

Dated: 9/23/26

**VERDICT FORM NO. 5.1**

**FAILURE TO MAKE REASONABLE ACCOMMODATION**

**VERDICT**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Mercedes Cannady** under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

Walmart

EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Mercedes Cannady, to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ ___________ (stating the amount or, if you find that **Mercedes Cannady**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

[redacted]
Foreperson

Dated: 9/23/26

## VERDICT FORM NO. 5.2

## DISPARATE TREATMENT (DISCHARGE)

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Mercedes Cannady** under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

Walmart
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find **Mercedes Cannady**'s other damages, excluding lost wages and benefits, to be:

$ __________ (stating the amount or, if you find that **Mercedes Cannady**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

Foreperson [redacted]

Dated: 9/23/26

## VERDICT FORM NO. 6.1

## FAILURE TO MAKE REASONABLE ACCOMMODATION

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Tamra Norrod** under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

Walmart
_______________________________________________
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Tamra Norrod, to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ ___________ (stating the amount or, if you find that **Tamra Norrod** damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

[redacted]
Foreperson

Dated: 9/23/26

## VERDICT FORM NO. 6.2

## DISPARATE TREATMENT (DISCHARGE)

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Tamra Norrod** under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

Walmart
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find **Tamra Norrod**'s other damages, excluding lost wages and benefits, to be:

$ ___________ (stating the amount or, if you find that **Tamra Norrod**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

Foreperson [redacted]

Dated: 9/23/24

## VERDICT FORM NO. 7.1

## FAILURE TO MAKE REASONABLE ACCOMMODATION

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Timothy Grable** under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

Walmart

EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Timothy Grable, to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ ___________ (stating the amount or, if you find that **Timothy Grable**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

Forepers[redacted]

Dated: 9/23/26

**VERDICT FORM NO. 7.2**

**DISPARATE TREATMENT (DISCHARGE)**

**VERDICT**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Timothy Grable** under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

Walmart
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find **Timothy Grable**'s other damages, excluding lost wages and benefits, to be:

$ __________ (stating the amount or, if you find that **Timothy Grable**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

Fo[redacted]

Dated: 9/23/26

**VERDICT FORM NO. 8.1**

**FAILURE TO MAKE REASONABLE ACCOMMODATION**

**VERDICT**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Heaven Wright** under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

Walmart
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Heaven Wright, to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ ____________ (stating the amount or, if you find that **Heaven Wright**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

Forepers[redacted]

Dated: 9/23/24

**VERDICT FORM NO. 8.2**

**DISPARATE TREATMENT (DISCHARGE)**

**VERDICT**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Heaven Wright** under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

Walmart

EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find **Heaven Wright**'s other damages, excluding lost wages and benefits, to be:

$ ___________ (stating the amount or, if you find that **Heaven Wright**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

[redacted]

Forepe[redacted]

Dated: 9/23/26

## VERDICT FORM NO. 9.1

## FAILURE TO MAKE REASONABLE ACCOMMODATION

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Sonya Allen** under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

Walmart
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Sonya Allen, to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ ___________ (stating the amount or, if you find that **Sonya Allen**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

______________________
Foreperson [redacted]

Dated: 9/23/26

# VERDICT FORM NO. 9.2

## DISPARATE TREATMENT (DISCHARGE)

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Sonya Allen** under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

Walmart
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find **Sonya Allen**'s other damages, excluding lost wages and benefits, to be:

$ ____________ (stating the amount or, if you find that **Sonya Allen**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

Fore[redacted]

Dated: 9/23/26

## VERDICT FORM NO. 10.1

## FAILURE TO MAKE REASONABLE ACCOMMODATION

## VERDICT

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Dakari Williams** under the Americans with Disabilities Act, as submitted in Instruction No. 6.1, we find in favor of:

Walmart
_______________________________________________
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the Walmart, have your foreperson sign and date this form because you have completed your deliberations on this claim.

If the above finding is in favor of the EEOC, then you must answer the following question: Has it been proved that Walmart made a good faith effort and consulted with Dakari Williams, to identify and make a reasonable accommodation? If your answer is "yes," have your foreperson sign and date this form because you have completed your deliberations on this claim. If your answer is "no," answer the following:

We find the plaintiff's damages to be:

$ ____________ (stating the amount or, if you find that **Dakari Williams**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

Foreper[redacted]

Dated: 9/23/26

**VERDICT FORM NO. 10.2**

**DISPARATE TREATMENT (DISCHARGE)**

**VERDICT**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the EEOC's claim on behalf of **Dakari Williams** under the Americans with Disabilities Act, as submitted in Instruction No. 7, we find in favor of:

walmart
_______________________________________________
EEOC or WALMART

**Note:** Complete the following paragraphs only if the above finding is in favor of the EEOC. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find the **Dakari Williams**'s other damages, excluding lost wages and benefits, to be:

$ ____________ (stating the amount or, if you find that **Dakari Williams**'s damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

**Note:** Complete the following paragraph only if you find that Walmart acted with malice or reckless indifference pursuant to Instruction No. 8.5.

We assess punitive damages against Walmart, as submitted in Instruction No. 8.5, as follows:

$ none (stating the amount or, if none, write the word "none").

Forepersor[redacted]

Dated: 9/23/24