**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** **PLAINTIFF**

**V.** **CASE NO.: 5:23-CV-05149**

**WALMART, INC. and WALMART STORES ARKANSAS, LLC** **DEFENDANTS**

**ORDER ON JURY VERDICT**

On September 23, 2026, this matter came before the Court for trial to a duly qualified and selected jury of nine. After seven days of trial, the jury was instructed on the applicable law and retired to deliberate its verdict. Thereafter, the jury returned to open court and delivered its verdict.

The jury unanimously found in favor of Walmart, Inc. and Walmart Stores Arkansas, LLC (collectively, "Walmart"), on the Failure to Accommodate and Discharge claims brought by the EEOC on behalf of Glenda Scott, Ernest Smith Sr., Tiayla Butler, Mercedes Cannady, Tamra Norrod, Timothy Grable, Heaven Wright, Sonya Allen, and Dakari Williams. The jury unanimously found in favor of the EEOC on its claims brought on behalf of Jaclyn Walker against Walmart and found that Ms. Walker sustained $26,000 in compensatory damages on the Failure to Accommodate claim and $4,000 in compensatory damages on the Discharge claim.

The Court has found no irregularities as to the form of the verdict; the jury was polled and every juror confirmed their agreement with the verdict on the claims EEOC brought on behalf of each individual. The jury was discharged of its duties, and the trial was adjourned.

The EEOC may submit a motion for equitable relief with regard to the claims brought on behalf of Ms. Walker by no later than October 8, 2026. The Court will enter judgment upon resolution of such motion.

**IT IS SO ORDERED** on this 28th day of September, 2026.

/s/ David Clay Fowlkes

DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE